| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA | |
| Case number (if known) | Chapter 11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Simply Essentials, LLC, a Delaware Limited Liability Company |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | fdba Simple Essentials (misspelled) |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-5453468 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | 1075 North Avenue<br>Sanger, CA 93657<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Fresno<br>County | **Location of principal assets, if different from principal place of business**<br>901 N. Main Street Charles City, IA 50616<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | None |
|---|---|---|
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Simply Essentials, LLC, a Delaware Limited Liability Company**
Name

Case number (*if known*) _____

### 7. Describe debtor's business

**A. Check one:**
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

**B. Check all that apply**
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__3116__

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

- ☐ No.
- ☑ Yes.

If more than 2 cases, attach a separate list.

| District | 20-00305 | When | 3/06/20 | Case number | ND of Iowa |
| District | | When | | Case number | |

*Involuntary Petition Disputed

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

- ☑ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
| District | | When | | Case number, if known | |

Debtor   **Simply Essentials, LLC, a Delaware Limited Liability Company**　　　Case number (*if known*)
　　　　　Name

## 11. Why is the case filed in this district?

*Check all that apply:*

- [x] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

## 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

- [x] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes.   Insurance agency _____
             Contact name _____
             Phone _____

---

### Statistical and administrative information

## 13. Debtor's estimation of available funds

*Check one:*

- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

## 14. Estimated number of creditors

- [ ] 1-49
- [x] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

## 15. Estimated Assets

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [x] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

## 16. Estimated liabilities

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [x] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor  Simply Essentials, LLC, a Delaware Limited Liability Company
        Name

Case number (if known) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/06/2020
             MM / DD / YYYY

X _____        David B. Pitman
Signature of authorized representative of debtor     Printed name

Title  Secretary of Pitman Farms, Inc., Sole Member and Manager

**18. Signature of attorney**

X  Riley C. Walter
Signature of attorney for debtor

Date  Aug 8, 2020
      MM / DD / YYYY

Riley C. Walter 91839
Printed name

Wanger Jones Helsley
Firm name

265 E. River Park Circle, Ste. 310
Fresno, CA 93720-1563
Number, Street, City, State & ZIP Code

Contact phone  (559) 233-4800     Email address  rwalter@wjhattorneys.com

91839 CA
Bar number and State

# CERTIFICATE OF LIMITED LIABILITY COMPANY RESOLUTION
## AUTHORIZING COMMENCEMENT OF CHAPTER 11 CASE

We, Richard J. Pitman and David D. Pitman, the undersigned, President and Secretary/Treasurer of Pitman Farms Inc., Sole Member and Manager of Simply Essentials, LLC ("LLC"), hereby certify and declare under penalty of perjury that the following is a true and correct excerpt from the official records of said corporation, truly and correctly reflecting the matters transacted by the said LLC at a special meeting duly called and held on August 9, 2020.

"WHEREAS, the LLC qualifies as a debtor under Chapter 11 of the United States Bankruptcy Code, and that it is in the best interest of the LLC to file a petition under Chapter 11; therefore;

IT WAS UNANIMOUSLY RESOLVED, that the LLC should file a petition under Chapter 11 of the United States Bankruptcy Code.

IT WAS FURTHER RESOLVED that Wanger Jones Helsley be retained to represent the LLC on all matters related to the Chapter 11 case, including the filing of the petition and initial pleadings.

IT WAS FURTHER RESOLVED that Richard J. Pitman and David B. Pitman, the undersigned, President and Secretary and Treasurer of the Sole Member, be authorized and directed to execute any and all petitions, statements, schedules, plans, and other necessary documents in the Chapter 11 case as well as attend the 341(a) Meeting of Creditors on behalf of the LLC.

The foregoing matters transacted and approved on behalf of the LLC at a special meeting duly called and held on the 9th day of August, 2020"

Certified this 9th day of August, 2020, by

*(signature)*
Richard J. Pitman, President of Pitman Farms Inc., Sole Member and Manager

*(signature)*
David B. Pitman, Secretary/Treasurer of Pitman Farms, Inc., Sole Member and Manager

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Simply Essentials, LLC, a Delaware Limited Liability Company |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**See Attached.**

## 20 Largest

| Name | Claim Amount |
|---|---|
| NMTC | $ 34,000,000.00 |
| Prairie's Best Farms, Inc. | $ 2,110,000.00 |
| Ryder Truck Rental, Inc. | $ 10,007.36 |
| AARK Food Company, Inc. | unknown |
| Dale Lahn | unknown |
| Shane Kuehl | unknown |
| Pop's Poultry Farm | unknown |
| Rick Weltzein | unknown |
| Dan Schlichting | unknown |
| Dennis Gilbertson | unknown |
| Ray Weltzien | unknown |
| Mike Schlesser | unknown |
| Tyler Bortle | unknown |
| Ray Weltzien | unknown |
| Rodney Boser | unknown |
| John Tschida | unknown |
| David Welle | unknown |
| Chris Uhlenkamp | unknown |
| Ray Weltzien | unknown |
| Curt Larson | unknown |
| Lee Frie | unknown |
| Floyd Kevin Ringler | unknown |
| Clyde Gumbert | unknown |
| Rustic Ridge Farm | unknown |
| Gumbert Brookfield Farms | unknown |