**Fill in this information to identify the case:**

Debtor name   **Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (If known) _____

☐ Check if this is an amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended Schedule _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/11/20      X _____
                                     Signature of individual signing on behalf of debtor

                                     **David B. Pitman**
                                     Printed name

                                     **Secretary of Pitman Farms, Inc., Sole Member and Manager**
                                     Position or relationship to debtor

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:   Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*................................................................................   $        4,250,000.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................   $      24,970,713.13

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................   $      29,220,713.13

**Part 2:   Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $      18,131,000.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $              0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................   +$     132,206,929.95

4.   Total liabilities ...................................................................................................   $     150,337,929.95
     Lines 2 + 3a + 3b

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Simply Essentials, LLC, a Delaware Limited Liability Company** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.     Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of the West - Payroll (outstanding payroll) | Checking | 5201 | $2,220.31 |
| 3.2. | PNC Bank | Checking (NMTC) - operating | 7274 | $28,968.39 |
| 3.3. | Bank of America | Checking | 7374 | $1,101.37 |

4.     Other cash equivalents *(Identify all)*

5.     Total of Part 1.                                                                                         **$32,290.07**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:      Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:      Accounts receivable

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor   **Simply Essentials, LLC, a Delaware Limited Liability Company**          Case number *(if known)* _____
_____
Name

■ Yes Fill in the information below.

| 11. | Accounts receivable | | | |
|---|---|---|---|---|
| | 11a. 90 days old or less: | 52,657.91 | - | 0.00 = .... | $52,657.91 |

face amount          doubtful or uncollectible accounts

| 12. | Total of Part 3. | | $52,657.91 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Part 4:   Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.   Crops-either planted or harvested | | | |
| 29.   Farm animals *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.   Farm machinery and equipment *(Other than titled motor vehicles)* | | | |
| 31.   Farm and fishing supplies, chemicals, and feed<br>**Misc. packaging material** | | Owner | $14,000.00 |

| 32. | Other farming and fishing-related property not already listed in Part 6 | | |
|---|---|---|---|
| 33. | Total of Part 6. | | $14,000.00 |
| | Add lines 28 through 32. Copy the total to line 85. | | |

**34. Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　　　☐ No
　　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

System:      8/3/2020
User Date:   8/3/2020                     1:41:45 PM

# AGED TRIAL BALANCE WITH OPTIONS - SUMMARY
## Simply Essentials LLC
### Receivables Management

Ranges:
| | | |
|---|---|---|
| Customer ID: | First - Last | |
| Customer Class: | First - Last | |
| Salesperson ID: | First - Last | |
| Sales Territory: | First - Last | |

| | | |
|---|---|---|
| Short Name: | First - Last | |
| Telephone: | First - Last | |
| State: | First - Last | |
| ZIP Code: | First - Last | |

| | | |
|---|---|---|
| Customer Name: | First - Last | |
| User-Defined 1: | First - Last | |
| Account Type: | Open Item | |
| Posting Date: | First - Last | |

Exclude:  Zero Balance, No Activity, Fully Paid Documents, Multicurrency Info
Sorted:   by Customer ID

| | | Current | 31 - 60 Days | 60 - 90 days | 90 and Over | Balance |
|---|---|---|---|---|---|---|
| **Customer:** CC-A0008 | **Name:** ALBERTSONS | Account Type: Open Item | | | Aged As of: 7/21/2020 | |
| Contact: | Salesperson: TRADE SOURCE | | | | | |
| Terms: Net 14 | Territory: ALL | | | | | |
| Phone: (000) 000-0000 Ext. 0000 | User-Defined 1: | | | | | |
| Credit: Unlimited | | | | | | |
| | Totals: | $0.00 | $0.00 | $0.00 | $2,096.41 | $2,096.41 |
| **Customer:** CC-S0008 | **Name:** SHAWS | Account Type: Open Item | | | Aged As of: 7/21/2020 | |
| Contact: | Salesperson: | | | | | |
| Terms: Net 14 | Territory: | | | | | |
| Phone: (000) 000-0000 Ext. 0000 | User-Defined 1: | | | | | |
| Credit: Unlimited | | | | | | |
| | Totals: | $0.00 | $0.00 | $0.00 | $20,079.30 | $20,079.30 |
| **Customer:** CC-U0001 | **Name:** US FOODS SERVICE | Account Type: Open Item | | | Aged As of: 7/21/2020 | |
| Contact: | Salesperson: | | | | | |
| Terms: Net 14 | Territory: | | | | | |
| Phone: (480) 765-7000 Ext. 0000 | User-Defined 1: | | | | | |
| Credit: Unlimited | | | | | | |
| | Totals: | $0.00 | $0.00 | $0.00 | $30,482.50 | $30,482.50 |

| | | Current | 31 - 60 Days | 60 - 90 days | 90 and Over | Balance |
|---|---|---|---|---|---|---|
| Grand Totals: | Customers: 3 | $0.00 | $0.00 | $0.00 | $52,657.91 | $52,657.91 |

WJH-12

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

36.　　Is a depreciation schedule available for any of the property listed in Part 6?
　　　　☐ No
　　　　■ Yes

37.　　Has any of the property listed in Part 6 been appraised by a professional within the last year?
　　　　■ No
　　　　☐ Yes

**Part 7:　　Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

　　☐ No.  Go to Part 8.
　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.　Office furniture<br>　　Charles City office | | | $5,000.00 |

40.　　Office fixtures

41.　　Office equipment, including all computer equipment and communication systems equipment and software

42.　　Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.　　Total of Part 7.
　　　　Add lines 39 through 42.  Copy the total to line 86.

| | $5,000.00 |
|---|---|

44.　　Is a depreciation schedule available for any of the property listed in Part 7?
　　　　☐ No
　　　　■ Yes

45.　　Has any of the property listed in Part 7 been appraised by a professional within the last year?
　　　　■ No
　　　　☐ Yes

**Part 8:　　Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

　　☐ No.  Go to Part 9.
　　■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.　Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.　See attached | $0.00 | | $657,958.00 |

48.　　Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Official Form 206A/B　　　　Schedule A/B Assets - Real and Personal Property　　　　page 3

Vehicles and Trailers

| Description | Book Value |
|---|---|
| Live Haul Trailers #091DO (APN Unknown) | $ 15,024.00 |
| 2004 Reefer 1UYS253544U3434VS2RA | $ 13,940.00 |
| 2003 Reefer GRAA0625AB704625 | $ 12,500.00 |
| 1995 Trailmobile Reefer 1PT01ANG3T900689 | $ 6,200.00 |
| 1992 Trailmobile Reefer 1PT01ANHXN9001726 | $ 3,000.00 |
| 2000 Internation Semi 1HSCBAER81J002831 & 1979 Freight Trialer N6261 | $ 14,968.00 |
| Curtaininsider-2017 Trailer #1 2LDSD5030HF063039 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #2 2LDSD5030HF063042 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #3 2LDSD5032HF063043 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #4 2LDSD5032HF063950 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #5 2LDSD5033HF063035 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #6 2LDSD5034HF063948 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #7 2LDSD5034HF063951 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #9 2LDSD5036HF063949 | $ 66,040.00 |
| Curtaininsider-2017 Trailer #12 2LDSD5037HF063040 | $ 64,006.00 |
| | $ 657,958.00 |

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm machinery and equipment)
**Machinery and Equipment attached to plant- See attached.**

| | Book value | $22,908,807.15 |
|---|---|---|

**51.** Total of Part 8.
Add lines 47 through 50.  Copy the total to line 87.

| $23,566,765.15 |
|---|

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
■ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

**Part 9:  Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.** Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. Processing plant | Real and personal Property | | Owner | $4,000,000.00 |
| 55.2. Parking lot | Real Property | | Owner | $50,000.00 |
| 55.3. Live Shed | Real Property | | Owner | $200,000.00 |

**56.** Total of Part 9.
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $4,250,000.00 |
|---|

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☐ No
■ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Description | Book Values |
|---|---|
| **MACHINERY & EQUIPMENT** | |
| Innova Sys (REQUIRES CURRENT LICENSE) | $ 878,513.00 |
| Add'l Servers/Switches | $ 5,590.00 |
| Cafeteria Chairs/Tables | $ 27,960.00 |
| Land | $ 20,000.00 |
| M&E Original Build | $ 735,574.00 |
| WPL Lines | $ 493,731.00 |
| CO2 Stun, Kill Scald PU | $ 1,399,935.00 |
| Air Chill System | $ 1,344,500.00 |
| Evis & Gib Harvesting System | $ 1,439,332.00 |
| Cut-up System | $ 884,770.00 |
| Breast Skinner | $ 67,292.00 |
| Sensor X Bone System | $ 364,131.00 |
| Live Bird Handling System | $ 522,912.00 |
| Tender Hopper System | $ 124,874.00 |
| Pallet Jacks | $ 1,315.00 |
| Tack & Shackles | $ 12,791.00 |
| Air Chill Hanger System | $ 44,115.00 |
| Berry Paw System | $ 207,997.00 |
| Box Maker | $ 9,501.00 |
| Casee Sealer | $ 52,144.00 |
| Conveyors - IDFI | $ 1,418,334.00 |
| Conveyors - ProFab | $ 297,650.00 |
| CO2 System Connections | $ 8,345.00 |
| Cutup Saw | $ 8,140.00 |
| CVP machine | $ 130,938.00 |
| Double Spiral Freezer | $ 109,780.00 |
| Electric Inst - Process Equip | $ 1,707,858.00 |
| Elect & PLC Panels | $ 210,174.00 |
| Engineerying - Process Equip | $ 94,969.00 |
| Equip Commissioning Costs | $ 1,630,695.00 |
| Eval for Loading Docks | $ 20,300.00 |
| Fans & Heaters/Live Birds | $ 29,836.00 |
| Feather Conveyor | $ 33,501.00 |
| Feather Sys Snd & Catwalk | $ 28,330.00 |
| Feather Vac System | $ 39,142.00 |
| Hot Water System | $ 111,587.00 |
| In Line Chill System | $ 123,481.00 |
| First Process - installation | $ 936,861.00 |
| Second Process -installation | $ 533,251.00 |
| Lift Station - pumps | $ 32,761.00 |
| Low Press Hot water Pump | $ 11,389.00 |
| Make-up air system | $ 359,221.00 |
| Neck Cutters | $ 1,342.00 |
| Neck Skinner | $ 54,103.00 |
| Piping Install - Process Equip | $ 1,230,570.00 |
| Pressure Wash | $ 2,731.00 |
| Pumps-Wet Well DAF | $ 13,655.00 |
| Refrigerator System | $ 1,180,991.00 |
| Thigh Debone Conveyor | $ 22,372.00 |
| Tipper Tie System | $ 37,371.00 |
| Tote/Lind Washer | $ 49,980.00 |
| Vacuum System | $ 255,746.00 |
| Vert Ammonia Recirculating System | $ 36,798.00 |
| Water Softener | $ 3,416.00 |
| Whole Bird Bagger | $ 23,585.00 |
| Wing Seg System | $ 264,757.00 |
| Wash  System | $ 7,739.00 |

| Description | | Amount |
|---|---|---|
| Other Equipment | $ | 165,951.00 |
| Box Makers | $ | 155,588.00 |
| Forklifts | $ | 17,887.00 |
| Water Meter | $ | 1,812.00 |
| Marel Cages - Live Bird | $ | 285,650.00 |
| Compressors (2) | $ | 61,381.00 |
| Track System for Live Birds | $ | 12,350.00 |
| Eng - Live Haul related | $ | 39,351.00 |
| Additional IDFI conveyor | $ | 16,693.00 |
| Airphx Pathogen Control System | $ | 67,858.00 |
| Survellance System | $ | 4,237.00 |
| Capitalized Leases | $ | 345,337.00 |
| Foodmate - Opti Drum Deboner | $ | 38,094.00 |
| Plumbing-Machinery | $ | 13,517.00 |
| Meyn Rapid + V017 Deboner | $ | 885,884.00 |
| Pack-out project | $ | 40,396.00 |
| Marel X-Ray machine | $ | 144,787.00 |
| Airshirz Standard | $ | 5,528.00 |
| Whole Bird & Wing Line | $ | 25,538.00 |
| 3000 Amp Upgrade | $ | 91,707.00 |
| Meyn Wing Cutter | $ | 150,841.00 |
| Engine Room | $ | 9,215.58 |
| GIB Room | $ | 10,101.98 |
| Trench Drain | $ | 9,144.00 |
| EZ-Flow | $ | 45,015.95 |
| switch gear | $ | 79,774.36 |
| Hot Shot | $ | 11,436.08 |
| Dip Tank | $ | 66,252.55 |
| Leg drop | $ | 275,035.75 |
| thigh Debone | $ | 67,596.00 |
| Tray Pack | $ | 25,637.90 |
| Wet Well | $ | 40,534.00 |
| | **$** | **22,908,807.15** |

Debtor    **Simply Essentials, LLC, a Delaware Limited Liability Company**          Case number *(If known)* _____

Name

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
| 61. | Internet domain names and websites<br>website domain - no value | | | $0.00 |
| 62. | Licenses, franchises, and royalties<br>ARKK - Terra Ingredients - license to use | | | Unknown |
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property<br>Chicken Trademark/Brand | | | Unknown |
| 65. | Goodwill | | | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

**67.    Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.    Notes receivable**
Description (include name of obligor)

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(If known)* | |
| | Name | | |

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **Cross-complaint against Prairie's Best for Breach of Contract**

    **\*Attorney fees not included in estimated damages.**                                   $900,000.00
    Nature of claim          Breach of Contract

    Claims of damages against Peitioning Creditors                                           Unknown
    Nature of claim

    Cross Complaint against AARK                                                            $400,000.00
    Nature of claim

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.                                     $1,300,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(if known)* | |
| | Name | | |

---

<span style="background:black;color:white">**Part 12:**</span>  **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $32,290.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $52,657.91 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $14,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $23,566,765.15 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $4,250,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $24,970,713.13 | + 91b. $4,250,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $29,220,713.13 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Simply Essentials, LLC, a Delaware Limited Liability Company** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

| 2.1 | **1. US Bank National Association** | | $13,216,000.00 | |
|---|---|---|---|---|

Creditor's Name

**Trustee for Federal Agricultural Mortgage Corporation Program**
**1133 Rankin Street, Suite 100**
**Saint Paul, MN 55116**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Secured by First DOT on the Plant located at 901 N. Main Street, Iowa. Also has personal property security interest in equipment. Assigned first Mortgage from Bank of the West. See 2.1. (Referred to as Farmer Mac)**

**Describe the lien**
**Delaware UCC-1 filed 6/28/2017**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **2. Pitman Farms, Inc.** | | $4,915,000.00 | |
|---|---|---|---|---|

Creditor's Name

**1075 North Ave**
**Sanger, CA 93657**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**Secured by a second DOT against the Plant located at 901 N. Main Street, Iowa, a first DOT on Parking Lot and Live Shed, a personal property security interest, and liens on rolling stock.**

Describe the lien
**UCC-1 filed 1/29/19**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number (if known) | |
| | Name | | |

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $18,131,000.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **Bank of the West**<br>**8033 South 15th Street, Suite C**<br>**Lincoln, NE 68512** | Line _2.1_ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ☐ No. Go to Part 2.

  ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**California Attorney General**
P.O. Box 944255
Sacramento, CA 94255

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.2**   Priority creditor's name and mailing address

**California Dept. of Tax and Fee Administration**
Account Information Group MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address

**Delaware Secretary of State**
**401 Federal St #4**
**Dover, DE 19901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**Employment Development**
**Department**
**Bankruptcy/Special Procedures**
**Group**
**P.O. Box 826880 MIC 92E**
**Sacramento, CA 94280-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**Floyd County Tax Collector**
**101 S. Main Street, #303**
**Charles City, IA 50616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Unit**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Fresno County Tax Collector**
P.O. Box 1247
Fresno, CA 93715

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
PO Box 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Iowa Department of Revenue**
**Office of the Attorney General of Iowa**
**Attn: Bankruptcy Unit**
**1305 E. Walnut Street**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Securities & Exchange Commission**
**Attn: Bankruptcy Counsel**
**5670 Wilshire Blvd., Fl. 11**
**Los Angeles, CA 90036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**United States Attorney**
**(IRS Division)**
**(USDA Division)**
**2500 Tulare Street, Suite 4401**
**Fresno, CA 93721**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**United States Department of**
**Justice**
**Civil Trial Section, Western Region**
**Box 683, Ben Franklin Station**
**Washington, DC 20044**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Academy Bank, NA**
**1111 Main Street, Suite 1600**
**Kansas City, MO 64105**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: <u>Delaware UCC-1 filed 2/28/17 and 3/2/17</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ag Business & Legal Strategies**
**Joseph A. Peiffer**
**PO Box 11425**
**Cedar Rapids, IA 52410**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Attorneys for Involuntary Petitioners - for notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**American Arbitration Association**
**150 N Michigan Ave #3050**
**Chicago, IL 60601**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>For notice purposes</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Applegate & Thorne-Thomsen, PC**
**Dan Klaff**
**440 S. LaSalle Street, Suite 1900**
**Chicago, IL 60605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Attorneys for CSDP Subsidiary CDE 3, LLC and VAF Sub-CDE 53, LLC (NMTC)- for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ARKK Food Company**
**dba Trade Source**
**1750 S Telegraph Road, #310**
**Bloomfield Hills, MI 48302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Party to Arbitration in progress**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Baird Holm LLP**
**Steven Turner**
**1700 Farnam Street, suite 1500**
**Omaha, NE 68102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Attorneys for Farmer Mac - for notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Baker Manock & Jensen**
**Jan T Perkins**
**Jackson Waste**
**5260 North Palm Ave. Fourth Floor**
**Fresno, CA 93704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Attorneys for Pitman Farms - For notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bassford Remele**
**Kevin Hickey**
**100 S. 5th St. Minneapolis**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Attorneys for Debtor - for notice purposes (Minnesota State Court action)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $449.83 |
|---|---|---|---|

**Charles City**
**Floyd County**
**101 South Main Street**
**Charles City, IA 50616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number **0003**

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chris Uhlenkamp**
**18848 Jewel Road**
**Little Falls, MN 56346**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Grower claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     

Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company
---|---
 | Name

Case number (if known) _____

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Clyde Gumbert**
W626 County Road Z
Mondovi, WI 54755

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Grower claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cooper White & Cooper**
Peter C. Califano
201 California Street, 17th Floor
San Francisco, CA 94111

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crown Equipment Corporation**
44 S. Washington Street
New Bremen, OH 45869

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Delaware UCC-1 filed 6/26/8 - all equipment returned**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSDP Subsidiary CDE 3, LLC**
c/o Central States Development Partners
Brian Hollenbeck
100 19th Street, Suite 109
Rock Island, IL 61201

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lender in NMTC Agreement (see PNC CDE 80, LLC for claim amount)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Curt Larson**
7691 Hickory Road
Eau Claire, WI 54701

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Grower claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dale Lahn**
W27133 Hallis Lane
Eleva, WI 54738

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Grower claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dan Schlichting**
1435 125th
Rice, MN 56367

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Grower claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daspin & Aument, LLP**
**D. Albert Daspin**
**300 S. Wacker Drive**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorneys for OIRE Kansas C, LLC (landlord) - for notice purposes (NMTC)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**David Welle**
**19737 305TH AVE.**
**Pierz, MN 56364**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Davis Brown Law**
**Jason Stone**
**215-10th Street, Suite 1300**
**Des Moines, IA 50309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Attorney for NMTC - For notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dennis Gilbertson**
**3582 High Point Road**
**Spring Green, WI 53580**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9.00 |
|---|---|---|---|

**Dowling Aaron**
**PO Box 28902**
**Fresno, CA 93729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Farmer Mac**
**1999 K. Street NW**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Floyd Kevin Ringler**
**3190 Baker Road**
**Fairfax, MN 55332**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Grower claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fox Rothschild, LLP**
Archana Nath
Jeff Bouslog
222 South Ninth Street, suite 2000
Minneapolis, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Attorneys for Pitman Farms, Inc. - for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Freeborn & Peters, LLP**
Todd J. Ohlms
Tonita M. Helton
311 South Wacker Drive, Suite 3000
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Attorneys for ARKK Food Company, LLC in pending lawsuit and in Joinder to Involuntary Petition- for notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gislason & Hunter LLP**
Dustan J. Cross
2700 South Broadway
New Ulm, MN 56073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Attorneys for Prairie's Best - For notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Gumbert Brookfield Farms**
626 County Road Z
Mondovi, WI 54755

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Huff & Vanderbeek, LLP**
7112 N. Fresno, St #140
Fresno, CA 93720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Accountants for Debtor - For notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Iowa Community Capital**
Mark A. Edleman
915 8th Street, Suite 205
Boone, IA 50036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Lender in NMTC Agreement (see PNC CDE 80, LLC for claim amount)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**John Tschida**
8806 170th Avenue
Royalton, MN 56373

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Grower claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.32** Nonpriority creditor's name and mailing address
Kostner, Koslo & Brovold, LLC
Karina O'Brien
108 West Main Street
Arcadia, WI 54612

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys for Rick Weltzien - for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
Kuehl Turkeys, LLC
Shane Kuehl
1550 230th Street
Truman, MN 56088

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
Lathrop Gage, LLP
Jared M. Minkoff
2345 Grand Blvd. Suite 2200
Kansas City, MO 64108

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys for PNC CDE 80, LLC (NMTC)- for Notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
Law Offices of Kenneth J. Freed
PO Box 5914
Sherman Oaks, CA 91413

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys for Ryder Truck Rental, Inc. - for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
Lee Frie
W648 Baures Road
Fountain City, WI 54629

Date(s) debt was incurred __
Last 4 digits of account number  ite1

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address
Lee Frie
S2332 Country Road E
Arcadia, WI 54612

Date(s) debt was incurred __
Last 4 digits of account number  ite2

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address
Midamerican Energy Company
PO Box 8020
Davenport, IA 52808

Date(s) debt was incurred __
Last 4 digits of account number  0073

As of the petition filing date, the claim is: *Check all that apply.*                    $4,476.56
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.39**

Nonpriority creditor's name and mailing address

Mike Schlesser
W682 Country RoadE
Arcadia, WI 54612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _Grower claim_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40**

Nonpriority creditor's name and mailing address

Motschiedler, Michaelides, Wishon,
Brewer & Ryan, LLP
Russell K. Ryan
1690 West Shaw Ave., Suite 200
Fresno, CA 93711

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Attorneys for Debtor -For notice purposes_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.41**

Nonpriority creditor's name and mailing address

Nixon Peabody, LLP
Gregory N. Doran
779 9th Street NW, Suite 500
Washington, DC 20001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Attorneys for Iowa Community Capital (NMTC) - for notice purposes_

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.42**

Nonpriority creditor's name and mailing address

NMTC
10 Terrace Ct
Madison, WI 53718

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$34,000,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.43**

Nonpriority creditor's name and mailing address

OIRE Kansas C, LLC
Vice President
10350 Bren Road West
Hopkins, MN 55343

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _For notice purposes (NMTC)_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44**

Nonpriority creditor's name and mailing address

Pitman Family Farms, LLC
1075 North Ave.
Sanger, CA 93657

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _For notice purposes_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45**

Nonpriority creditor's name and mailing address

Pitman Farms, Inc.
1075 North Ave.
Sanger, CA 93657

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*     **$94,857,694.71**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Loans/Advances/Guarantees_

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Simply Essentials, LLC, a Delaware Limited Liability Company**                    Case number (if known) _____
          Name

| | |
|---|---|
| **3.46** Nonpriority creditor's name and mailing address<br>Pitman Farms, Inc.<br>1075 North Ave.<br>Sanger, CA 93657<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                    **$800,055.60**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Additional advances<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.47** Nonpriority creditor's name and mailing address<br>PNC CDE 80, LLC<br>c/o PNC Financial Services Group<br>The Tower at PNC Plaza<br>300 Fifth Avenue, 14th Floor<br>Pittsburgh, PA 15222<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Lender on NMTC agreement - For Notice Purposes<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.48** Nonpriority creditor's name and mailing address<br>PNC New Markets Investment Partners, LLC<br>c/o PNC Financial Services Group<br>NMTC Asset Management<br>300 Fifth Avenue, 14th Floor<br>Pittsburgh, PA 15222<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  For notice purposes (NMTC)<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.49** Nonpriority creditor's name and mailing address<br>Pop's Poultry Farm<br>Tom Poppen<br>33416 Grand Ave.<br>Aplington, IA 50604<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Grower claim<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.50** Nonpriority creditor's name and mailing address<br>Prairie's Best Farms, Inc.<br>68808 Fort Road<br>Fairfax, MN 55332<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                    **$2,110,000.00**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ☐ No  ■ Yes |
| **3.51** Nonpriority creditor's name and mailing address<br>Prichard Law Office, PC.<br>Todd P. Prichard<br>103 North Main Street<br>Charles City, IA 50616<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  Attorneys for Thomas A. Belmer - for notice purposes<br><br>Is the claim subject to offset? ■ No  ☐ Yes |
| **3.52** Nonpriority creditor's name and mailing address<br>Ray Weltzien<br>W23918 Holcomb Coulee Road<br>Galesville, WI 54630<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number  ite1 | As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  Grower claim<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ray Weltzien
W23918 Holcomb Coulee Road
Galesville, WI 54630

Date(s) debt was incurred __

Last 4 digits of account number  ite2

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Ray Weltzien
W23918 Holcomb Coulee Road
Galesville, WI 54630

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Reinhart Boerner Van Deuren
David B. Schulz
1000 North Water Street, Suite 1700
Milwaukee, WI 53202

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys for Pitman Farms - For notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Rick Weltzein
N20222 State Road 93
Galesville, WI 54630

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Rodney Boser
20645 275th Ave
Pierz, MN 56364

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Rustic Ridge Farm
Eric Glasson
12395 Stockyard Road
Montfort, WI 53569

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Grower claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,007.36 |
|---|---|---|---|

Ryder Transportation Services
PO Box 96723
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.60**

Nonpriority creditor's name and mailing address

Simply Essentials Beef, LLC
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: For notice purposes - Agent for service of process

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.61**

Nonpriority creditor's name and mailing address

Simply Essentials Holdings, LLC
Dennis Krause
12980 Foster, Suite 220
Overland Park, KS 66223

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.62**

Nonpriority creditor's name and mailing address

Taft Stettinius & Hollister, LLP
Jack Perry
80 South 8th Street
2200 IDS Center
Minneapolis, MN 55402

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Attorneys for Plaintiffs Kuehl Poultry, LLC Rodney Boser, Dan Schlichting, John Tschida, Chris Uhlenkamp, and David Welle - for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.63**

Nonpriority creditor's name and mailing address

Tyler Bortle
N40662 Fuller Coulee Road
Whitehall, WI 54773

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    Unknown

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Grower claim

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.64**

Nonpriority creditor's name and mailing address

United States Department of Labor
200 Constitution Ave., NW
Washington, DC 20210

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: For notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.65**

Nonpriority creditor's name and mailing address

VAF Sub-CDE 53, LLC
Michael Ross
205 N. Michigan Avenue, 28th Floor
Chicago, IL 60601

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lender on NMTC Agreement (see PNC CDE 80, LLC for claim amount)

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.66**

Nonpriority creditor's name and mailing address

Wandro & Associates, PC
Terry Gibson
2501 Grand Ave. B
Des Moines, IA 50312

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Iowa attorneys for Debtor - for notice purposes

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number (if known) _____ |
|---|---|---|
| | Name | |

| | | As of the petition filing date, the claim is: Check all that apply. | |
|---|---|---|---|

**3.67**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Wells Fargo Bank NA**
**300 Tri-State International, Suite 400**
**Lincolnshire, IL 60069**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: <u>Delaware UCC-1 filed 2/24/17 for forklift- paid in full</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*     **$424,236.89**

**WESTERN GRAIN & MILLING**
**1075 NORTH AVE**
**SANGER, CA 93657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 132,206,929.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 132,206,929.95 |

**Fill in this information to identify the case:**

Debtor name　**Simply Essentials, LLC, a Delaware Limited Liability Company**

United States Bankruptcy Court for the:　EASTERN DISTRICT OF CALIFORNIA

Case number (if known)　_____

☐ Check if this is an
　amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases　　　　　12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.　**Does the debtor have any executory contracts or unexpired leases?**
　　☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
　　■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal　Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Master Broker Agreement for the purpose of promoting the sale of DIP's products to customers. Disputed claim. Pending arbitration.** |
| | State the term remaining | |
| | List the contract number of any government contract | **ARKK Food Company dba Food Source 1750 S. Telegraph Ave., suite 310 West Bloomfield, MI 48322** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement where IA state witholdings goes into 260E program for DIP to later access and use funds as training income.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Baker Tilly Capital, LLC PO Box 7398 Madison, WI 53707** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for part of Iowa State withholdings to go to the 260E program to be used as training income.** |
| | State the term remaining | |
| | List the contract number of any government contract | **Baker Tilly Capital, LLC PO Box 7398 Madison, WI 53707** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow DIP's broiler chickens to market weight (grower contract).** |
| | State the term remaining | **8 years** |
| | | **Chris Uhlenkamp 18848 Jewel Road Little Falls, MN 56346** |

| Debtor 1 | Simply Essentials, LLC, a Delaware Limited Liability Company | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | List the contract number of any government contract | _____ |
|---|---|---|

---

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow DIP's broiler chickens to market weight (grower contract).** | |
|---|---|---|---|
| | State the term remaining | **13 years** | |
| | List the contract number of any government contract | _____ | **Clyde & Debbie Gumbert**<br>**626 County Road Z**<br>**Mondovi, WI 54755** |

---

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Rent of parking lot located at Lot 11 in Block 139 in Charles City, Iowa (Parcel ID# 1206301002) for $2,708/year.** | |
|---|---|---|---|
| | State the term remaining | **Debtor is lessor. Dated as of August 1, 2019. Renews annually unless either party terminates.** | |
| | List the contract number of any government contract | | **Croell Redi-Mix, Inc.**<br>**300 50th Ave. Ct. SW**<br>**Cedar Rapids, IA 52404** |

---

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow DIP's broiler chickens to market weight (grower contract).** | |
|---|---|---|---|
| | State the term remaining | **8 years** | |
| | List the contract number of any government contract | | **Curtis Larson**<br>**7691 Hickory Road**<br>**Eau Claire, WI 54701** |

---

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow DIP's broiler chickens to market weight (grower contract).** | |
|---|---|---|---|
| | State the term remaining | **Not indicated** | |
| | List the contract number of any government contract | | **Dale Lahn**<br>**27133 Hallis Lane**<br>**Eleva, WI 54738** |

---

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement to grow DIP's broiler chickens to market weight (grower contract).** | **Dan Schlichting**<br>**1435 125th**<br>**Rice, MN 56367** |
|---|---|---|---|
| | State the term remaining | | |

| Debtor 1 | Simply Essentials, LLC, a Delaware Limited Liability Company | | | Case number (*if known*) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract _____

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 3 years 2 months | David Welle |
| | List the contract number of any government contract | _____ | 19737 305TH AVE. Pierz, MN 56364 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | Not listed | Dennis Gilbertson |
| | List the contract number of any government contract | _____ | 3582 High Point Road Spring Green, WI 53580 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 8 years | Floyd Kevin Ringler |
| | List the contract number of any government contract | _____ | 3190 Baker Road Fairfax, MN 55332 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 13 years | Gumbert Brookview Farms, LLC |
| | List the contract number of any government contract | _____ | 626 Country Road Z Mondovi, WI 54755 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 3 years 2 months | John Tschida |
| | List the contract number of any government contract | _____ | 8806 170th Avenue Royalton, MN 56373 |

Debtor 1   **Simply Essentials, LLC, a Delaware Limited Liability Company**

First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**      **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement to grow DIP's broiler chickens to market weight (grower contract).**<br>**13 years**<br><br>**Kuehl Turkeys, LLC**<br>**Shane Kuehl**<br>**1550 230th Street**<br>**Truman, MN 56088** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement to grow DIP's broiler chickens to market weight (grower contract).**<br>**5 months**<br><br>**Lee Frie**<br>**W648 Baures Road**<br>**Fountain City, WI 54629** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement to grow DIP's broiler chickens to market weight (grower contract).**<br>**8 years**<br><br>**Lee Frie**<br>**S2332 Country Road E**<br>**Arcadia, WI 54612** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Agreement to grow DIP's broiler chickens to market weight (grower contract).**<br>**13 years**<br><br>**Mike & Tina Schlesser**<br>**W682 Country Road E**<br>**Arcadia, WI 54612** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Administrative services agreement.**<br><br><br>**Pitman Farms, Inc.**<br>**1075 North Ave.**<br>**Sanger, CA 93657** |
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **NMTC fee simple agreement.**<br><br>**PNC CDE 80, LLC**<br>**c/o PNC Financial Services Group**<br>**The Tower at PNC Plaza**<br>**300 Fifth Avenue, 14th Floor**<br>**Pittsburgh, PA 15222** |

| Debtor 1 | Simply Essentials, LLC, a Delaware Limited Liability Company | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

List the contract number of any government contract _____

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | | Pop's Poultry Farm |
| | List the contract number of any government contract | | 15504 120th |
| | | | Aplington, IA 50604 |

---

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | | Ray Weltzien |
| | List the contract number of any government contract | | W23918 Holcomb Coulee Road |
| | | | Galesville, WI 54630 |

---

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 3 years | Rick Weltzein |
| | List the contract number of any government contract | | N20222 State Road 93 |
| | | | Galesville, WI 54630 |

---

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | 3 years 5 months | Rodney Boser |
| | List the contract number of any government contract | | 20645 275th Ave |
| | | | Pierz, MN 56364 |

---

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). | |
|---|---|---|---|
| | State the term remaining | Not listed | Rustic Ridge Farm |
| | List the contract number of any government contract | | Eric Glasson |
| | | | 12395 Stockyard Road |
| | | | Montfort, WI 53569 |

---

| Debtor 1 | Simply Essentials, LLC, a Delaware Limited Liability Company | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**　　　　State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Agreement to grow DIP's broiler chickens to market weight (grower contract). Barn destroyed, contract disputed. | |
|---|---|---|---|
| | State the term remaining | 13 years | |
| | List the contract number of any government contract | _____ | Tyler Bortle<br>N40662 Fuller Coulee Road<br>Whitehall, WI 54773 |

**Fill in this information to identify the case:**

Debtor name __Simply Essentials, LLC, a Delaware Limited Liability Company__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                     Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Pitman Farms, Inc. | 1075 North Ave. Sanger, CA 93657 | Guarantee re NMTC | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Simply Essentials, LLC, a Delaware Limited Liability Company** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From 10/01/2020 to Filing Date | ☑ Operating a business<br>☐ Other _____ | **$360,498.71** |
   | **For year before that:**<br>From 10/01/2018 to  9/30/2019 | ☑ Operating a business<br>☐ Other _____ | **$59,012,530.33** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | 3.1.    **See attached** | | , | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Payments Exceeding $6,800

| Checkbook ID | GL Posting Date | Description | Source Document | Checkbook Amount | Paid To/Rcvd From | CM Trx Number | Notes |
|---|---|---|---|---|---|---|---|
| BOFA | 2/6/2020 | | PMCHK | $ 5,937.50 | BASSFORD REMELE | 001278 | Lawyer |
| BOFA | 3/4/2020 | | PMCHK | $ 47,620.60 | BASSFORD REMELE | 001294 | Lawyer |
| | | | TOTAL: | $ 53,558.10 | BASSFORD REMELE | | |
| BOFA | 12/17/2019 | | PMCHK | $ 8,945.71 | EBMS | 001244 | Health Insurance |
| BOFA | 1/14/2020 | Manual EFT | PMPAY | $ 385.62 | EBMS | ACH011420-1EBMS | Health Insurance |
| BOFA | 1/14/2020 | Manual EFT | PMPAY | $ 5,969.57 | EBMS | ACH011420EBMS | Health Insurance |
| BOFA | 2/6/2020 | Manual EFT | PMPAY | $ 7,948.30 | EBMS | ACH020620EBMS | Health Insurance |
| BOFA | 2/13/2020 | Manual EFT | PMPAY | $ 5,207.21 | EBMS | ACH021320EBMS | Health Insurance |
| BOFA | 2/20/2020 | | PMPAY | $ 1,861.39 | EBMS | ACH022020 | Health Insurance |
| BOFA | 2/25/2020 | | PMCHK | $ 1,498.85 | EBMS | 001291 | Health Insurance |
| BOFA | 2/27/2020 | | PMPAY | $ 2,834.70 | EBMS | ACH022720 | Health Insurance |
| | | | TOTAL: | $ 34,651.35 | EBMS | | |
| BOFA | 12/11/2019 | | PMCHK | $ 18.24 | MIDAMERICAN ENERGY CO | 001240 | Plant Utilities |
| BOFA | 12/17/2019 | | PMCHK | $ 4,219.89 | MIDAMERICAN ENERGY CO | 001243 | Plant Utilities |
| BOFA | 1/9/2020 | | PMCHK | $ 325.99 | MIDAMERICAN ENERGY CO | 001260 | Plant Utilities |
| BOFA | 1/15/2020 | | PMCHK | $ 4,537.12 | MIDAMERICAN ENERGY CO | 001266 | Plant Utilities |
| BOFA | 1/22/2020 | | PMCHK | $ 3,560.57 | MIDAMERICAN ENERGY CO | 001269 | Plant Utilities |
| BOFA | 1/22/2020 | | PMCHK | $ 79.89 | MIDAMERICAN ENERGY CO | 001281 | Plant Utilities |
| BOFA | 2/12/2020 | | PMCHK | $ 1,748.57 | MIDAMERICAN ENERGY CO | 001286 | Plant Utilities |
| BOFA | 2/19/2020 | | PMCHK | $ 4,185.60 | MIDAMERICAN ENERGY CO | 001287 | Plant Utilities |
| BOFA | 12/27/2019 | | PMCHK | $ 1,061.41 | MIDAMERICAN ENERGY CO | 001252 | Plant Utilities |
| | | | TOTAL: | $ 19,741.28 | MIDAMERICAN ENERGY CO | | |
| BOFA | 12/27/2019 | | PMCHK | $ 4,138.67 | MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP | 001254 | Lawyer |
| BOFA | 1/22/2020 | | PMCHK | $ 13,467.10 | MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP | 001268 | Lawyer |

WJH-45

# Payments Exceeding $6,800

| | | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL: | $ | 17,605.77 | MOTSCHIEDLER, MICHAELIDES, WISHON, BREWER & RYAN, LLP Total | | |
| BOFA | 1/30/2020 | PMCHK | $ | 22,804.00 | TREASURER FLOYD CO | 001272 | Property Taxes |
| | TOTAL: | $ | 22,804.00 | TREASURER FLOYD CO | | |
| | GRAND TOTAL: | $ | 148,360.50 | | | |

WJH-46

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  See attached | See attached | | |

5.  **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Thomas A. Belmer v. Simply Essentials, LLC EQCV031375 | Civil | **Iowa District Court in and for Floyd County** 101 S. Main Street, #305 Charles City, IA 50616 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.2.  ARKK Food Company, LLC v. Simply Essentials, LLC | | **American Arbitration Association** | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.3.  Rodney Boser, Keuhl Turkey LLC, Dan Schlichting, John Tschida, Chris Uhlenkamp, and Dave Welle v. Simply Essentials, LLC 49-cv-19-1751 | Civil | **County of Morrison** 213 1st Avenue Southeast Little Falls, MN 56345 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4.  City Laundering Company v. Simply Essenitals, LLC LACV031532 | Civil | **Linn County District Court** 51 3rd Ave Bridge Cedar Rapids, IA 52401 | ☐ Pending ☐ On appeal ☑ Concluded |

8.  **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

# Payments to Insiders

## WESTERN GRAIN & MILLING

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| WESTERN GRAIN & MILLING | Invoice | 3/1/2019 | $ 75,930.38 | $ - | 02/16/19-03/01/19 |
| WESTERN GRAIN & MILLING | Payment | 3/8/2019 | $ (75,930.38) | $ - | |
| WESTERN GRAIN & MILLING | Invoice | 4/1/2019 | $ 82,527.27 | - | 03/01/19-03/15/19 |
| WESTERN GRAIN & MILLING | Invoice | 4/1/2019 | $ 108,315.65 | - | 03/16/19-03/26/19 |
| WESTERN GRAIN & MILLING | Invoice | 4/12/2019 | $ 102,843.84 | - | 03/30/19-04/12/19 |
| WESTERN GRAIN & MILLING | Invoice | 4/26/2019 | $ 73,445.41 | - | 04/13/19-04/26/19 |
| WESTERN GRAIN & MILLING | Invoice | 5/10/2019 | $ 81,773.55 | - | 04/28/19-05/01/19 |
| WESTERN GRAIN & MILLING | Invoice | 5/24/2019 | $ 83,195.92 | - | 05/12/19-05/24/19 |
| WESTERN GRAIN & MILLING | Payment | 5/30/2019 | $ (532,102.04) | - | |
| WESTERN GRAIN & MILLING | Invoice | 7/1/2019 | $ 160,442.42 | - | 06/07/19-06/30/19 |
| WESTERN GRAIN & MILLING | Invoice | 7/31/2019 | $ 336,173.07 | 193,173.07 | 07/01/19-07/31/19 |
| WESTERN GRAIN & MILLING | Payment | 7/31/2019 | $ (160,442.42) | 180,632.38 | 08/01/19-08/15/19 - voided on WGM Side |
| WESTERN GRAIN & MILLING | Invoice | 8/16/2019 | $ 180,632.38 | 180,632.38 | |
| WESTERN GRAIN & MILLING | Invoice | 8/30/2019 | $ 50,431.44 | 50,431.44 | 08/16/19-08/31/19 – voided on WGM side |
| WESTERN GRAIN & MILLING | Payment | 9/9/2019 | $ 336,173.07 | 336,173.07 voided | |
| WESTERN GRAIN & MILLING | Payment | 2/4/2020 | $ (23,000.00) | - | |
| WESTERN GRAIN & MILLING | Payment | 2/4/2020 | $ (120,000.00) | - | |
| | | | $ (379,372.80) | | |

## PITMAN FAMILY FARMS

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| PITMAN FAMILY FARMS | Invoice | 3/5/2019 | $ 4,140.00 | $ - | 03/05/19 |
| PITMAN FAMILY FARMS | Payment | 3/8/2019 | $ (4,140.00) | - | |
| PITMAN FAMILY FARMS | Invoice | 3/11/2019 | $ 10,242.00 | - | 03/11/19 |
| PITMAN FAMILY FARMS | Invoice | 3/18/2019 | $ 8,190.00 | - | 03/18/19 |
| PITMAN FAMILY FARMS | Payment | 3/22/2019 | $ (18,482.00) | - | |
| PITMAN FAMILY FARMS | Invoice | 4/1/2019 | $ 7,200.00 | - | 03/25/19 |
| PITMAN FAMILY FARMS | Invoice | 4/1/2019 | $ 6,750.00 | - | 04/01/19 |
| PITMAN FAMILY FARMS | Invoice | 4/8/2019 | $ 5,111.10 | - | 04/08/19 |
| PITMAN FAMILY FARMS | Invoice | 4/23/2019 | $ 6,281.10 | - | 04/15/19 |

WJH-47

## Payments to Insiders

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| PITMAN FAMILY FARMS | Invoice | 4/23/2019 | $ 9,810.00 | $ - | 04/23/19 |
| PITMAN FAMILY FARMS | Payment | 4/26/2019 | $ (35,152.20) | $ - | |
| PITMAN FAMILY FARMS | Invoice | 5/13/2019 | $ 8,190.00 | - | 05/13/19 |
| PITMAN FAMILY FARMS | Invoice | 5/15/2019 | 14,310.00 | - | 04/30/19 |
| PITMAN FAMILY FARMS | Invoice | 5/15/2019 | 12,150.00 | - | 05/06/19 |
| PITMAN FAMILY FARMS | Invoice | 5/15/2019 | 4,810.50 | - | 05/13/19 |
| PITMAN FAMILY FARMS | Invoice | 5/21/2019 | 10,530.00 | - | 05/21/19 |
| PITMAN FAMILY FARMS | Invoice | 5/30/2019 | 12,600.00 | - | 05/27/19 |
| PITMAN FAMILY FARMS | Payment | 5/30/2019 | (41,800.50) | - | |
| PITMAN FAMILY FARMS | Invoice | 6/10/2019 | 9,066.60 | - | 06/03/19 |
| PITMAN FAMILY FARMS | Payment | 7/9/2019 | (29,856.60) | - | |
| | | | $ (129,381.30) | | |

| PITMAN FARMS CA... | | | | | |
|---|---|---|---|---|---|
| PITMAN FARMS INC | Invoice | 2/28/2019 | $ 283,802.27 | $ - | February 2019 Interest Unsecured Loan |
| PITMAN FARMS INC | Invoice | 2/28/2019 | 1,534.06 | - | February 2019 Health, Dental, Vision Insurance for Simply Employees |
| PITMAN FARMS INC | Payment | 3/8/2019 | (283,802.27) | - | |
| PITMAN FARMS INC | Invoice | 3/11/2019 | 5,718.66 | - | Winco paid Simply and PF invoices on same check #114747. This portion belonged to PF |
| PITMAN FARMS INC | Payment | 3/15/2019 | (5,718.66) | - | |
| PITMAN FARMS INC | Invoice | 3/18/2019 | 43,454.33 | - | Winco paid Simply and PF invoices on same check #117996. This portion belonged to PF |
| PITMAN FARMS INC | Invoice | 3/22/2019 | 22,240.99 | - | Winco paid Simply and PF invoices on same check #119349. This portion belonged to PF |
| PITMAN FARMS INC | Payment | 3/22/2019 | (44,988.39) | - | |
| PITMAN FARMS INC | Invoice | 3/26/2019 | 15,917.69 | - | Winco paid Simply and PF invoices on same check #120378. This portion belonged to PF |
| PITMAN FARMS INC | Invoice | 3/26/2019 | 9,966.46 | - | Winco paid Simply and PF invoices on same check #120378. This portion belonged to PF |
| PITMAN FARMS INC | Invoice | 3/26/2019 | 10,421.82 | - | Winco paid Simply and PF invoices on same check #120378. This portion belonged to PF |

WJH-48

## Payments to Insiders

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| PITMAN FARMS INC | Invoice | 3/26/2019 | $ 23,602.58 | $ - | Winco paid Simply and PF invoices on same check #120378. This portion belonged to PF |
| PITMAN FARMS INC | Invoice | 3/26/2019 | $ 4,401.35 | $ - | Winco paid Simply and PF invoices on same check #120378. This portion belonged to PF |
| PITMAN FARMS INC | Payment | 3/29/2019 | $ (86,550.89) | $ - | |
| PITMAN FARMS INC | Invoice | 3/31/2019 | $ 345,747.41 | $ - | March 2019 Interest unsecured loan |
| PITMAN FARMS INC | Invoice | 3/31/2019 | $ 66,039.91 | $ - | March 2019 Health, Dental, Vision insurance for Simply Employees |
| PITMAN FARMS INC | Invoice | 3/31/2019 | $ 68,173.04 | $ - | March 2019 Healthcare bills |
| PITMAN FARMS INC | Invoice | 4/4/2019 | $ 4,515.14 | $ - | Cornish Game Hens shipped 04/4/19 |
| PITMAN FARMS INC | Invoice | 4/9/2019 | $ 9,659.06 | $ - | processed chicken shipped 04/09/19 |
| PITMAN FARMS INC | Invoice | 4/9/2019 | $ 13,060.22 | $ - | Winco paid Simply and PF invoices on same check #124777. This portion belonged to PF |
| PITMAN FARMS INC | Invoice | 4/13/2019 | $ 1,389.60 | $ - | processed chicken shipped 04/13/19 |
| PITMAN FARMS INC | Invoice | 4/16/2019 | $ 132.00 | $ - | processed chicken shipped 04/16/19 |
| PITMAN FARMS INC | Invoice | 4/16/2019 | $ 19,937.85 | $ - | Winco paid Simply and PF invoices on same check. This portion belonged to PF |
| PITMAN FARMS INC | Payment | 4/26/2019 | $ (458,959.59) | $ - | |
| PITMAN FARMS INC | Payment | 4/26/2019 | $ (69,694.64) | $ - | |
| PITMAN FARMS INC | Invoice | 4/30/2019 | $ 114,003.76 | $ - | April 2019 Healthcare, and employee insurance bills |
| PITMAN FARMS INC | Invoice | 4/30/2019 | $ 345,865.58 | $ - | April 2019 Interest unsecured loan |
| PITMAN FARMS INC | Invoice | 5/6/2019 | $ 132.00 | $ 51,685.37 | voided |
| PITMAN FARMS INC | Invoice | 5/6/2019 | $ 71,994.85 | $ - | Customer payment Check #80079 belongs to PF |
| PITMAN FARMS INC | Payment | 5/9/2019 | $ (71,994.85) | $ - | |
| PITMAN FARMS INC | Payment | 5/30/2019 | | $11,554.71 | voided |
| PITMAN FARMS INC | Credit Memo | 5/31/2019 | $ (16,958.77) | $ - | Credit to true up healthcare and insurance |
| PITMAN FARMS INC | Invoice | 5/31/2019 | $ 333,441.31 | $ - | May 2019 Interest unsecured loan |
| PITMAN FARMS INC | Payment | 5/31/2019 | $ (459,869.34) | $ - | |
| PITMAN FARMS INC | Invoice | 6/1/2019 | $ 2,583.59 | $ - | processed chicken shipped 03/16/19 |
| PITMAN FARMS INC | Invoice | 6/1/2019 | $ 7,817.60 | $ - | processed chicken shipped 04/18/19 |
| PITMAN FARMS INC | Invoice | 6/1/2019 | $ 630.40 | $ - | processed chicken shipped 04/23/19 |
| PITMAN FARMS INC | Invoice | 6/1/2019 | $ 300.00 | $ - | processed chicken shipped 05/17/19 |
| PITMAN FARMS INC | Invoice | 6/1/2019 | $ 3,614.85 | $ - | processed chicken shipped 05/18/19 |
| PITMAN FARMS INC | Invoice | 6/1/2019 | $ 2,379.84 | $ - | processed chicken shipped 05/24/19 |
| PITMAN FARMS INC | Invoice | 6/7/2019 | $ 13,824.00 | $ - | processed chicken shipped 06/06/19 |
| PITMAN FARMS INC | Invoice | 6/6/2019 | $ 1,286.40 | $ - | processed chicken shipped 05/28/19 |
| PITMAN FARMS INC | Invoice | 6/10/2019 | $ 77,933.17 | $ - | E&S Marketing paid Simply for PF invoices. |

WJH-49

## Payments to Insiders

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| PITMAN FARMS INC | Invoice | 6/17/2019 | $ 7,263.20 | - | Proliant Refund belongs to PF |
| PITMAN FARMS INC | Invoice | 6/24/2019 | $ 3,299.40 | - | Proliant Refund belongs to PF |
| PITMAN FARMS INC | Invoice | 6/27/2019 | $ 578.88 | - | processed chicken shipped 06/27/19 |
| PITMAN FARMS INC | Invoice | 6/30/2019 | $ 401,173.94 | - | June 2019 Interest unsecured loan |
| PITMAN FARMS INC | Invoice | 6/30/2019 | $ 72,802.74 | - | June 2019 Healthcare, and employee insurance bills |
| PITMAN FARMS INC | Invoice | 7/1/2019 | $ 24,536.30 | 24,536.30 | PF paid pactiv bill that belonged to Simply |
| PITMAN FARMS INC | Invoice | 7/1/2019 | $ 13,143.54 | - | Customer payment belongs to PF |
| PITMAN FARMS INC | Invoice | 7/2/2019 | $ 4,340.40 | - | Proliant Refund belongs to PF |
| PITMAN FARMS INC | Invoice | 7/3/2019 | $ 12,165.74 | - | Customer payment belongs to PF |
| PITMAN FARMS INC | Payment | 7/3/2019 | $ (108,241.85) | - | |
| PITMAN FARMS INC | Invoice | 7/8/2019 | $ 17,304.76 | - | Winco paid Simply and PF invoices on same check #15267.4. This portion belonged to PF |
| PITMAN FARMS INC | Invoice | 7/8/2019 | $ 15,246.46 | - | Winco paid Simply and PF invoices on same check #153180. This portion belonged to PF |
| PITMAN FARMS INC | Payment | 7/9/2019 | $ (316,482.54) | - | |
| PITMAN FARMS INC | Invoice | 7/16/2019 | $ 1,645.42 | - | processed duck shipped 07/16/19 |
| PITMAN FARMS INC | Invoice | 7/31/2019 | $ 382,868.13 | 382,868.13 | July 2019 Interest unsecured loan |
| PITMAN FARMS INC | Invoice | 7/31/2019 | $ 12,102.69 | 12,102.69 | July 2019 Healthcare, and employee insurance bills |
| PITMAN FARMS INC | Payment | 7/31/2019 | $ (556,091.36) | - | |
| PITMAN FARMS INC | Invoice | 8/14/2019 | $ 382,868.13 | 382,868.13 | voided |
| PITMAN FARMS INC | Invoice | 8/31/2019 | $ 371,453.93 | 371,453.93 | August 2019 Interest unsecured loan |
| PITMAN FARMS INC | Invoice | 8/31/2019 | $ 12,786.86 | 12,786.86 | August 2019 Healthcare, and employee insurance bills |
| PITMAN FARMS INC | Payment | 9/3/2019 | $ | 419,507.12 | voided |
| | | | $ (2,457,394.40) | | |

| | | | | PITMAN FARMS UT | |
|---|---|---|---|---|---|
| PITMAN FARMS -UTAH | Invoice | 2/28/2019 | $ 583.91 | - | Processed turkey purchase shipped 02/28/19 |
| PITMAN FARMS -UTAH | Invoice | 3/1/2019 | $ 7,380.00 | - | Processed turkey purchase shipped 03/01/19 |
| PITMAN FARMS -UTAH | Invoice | 3/4/2019 | $ 8,220.00 | - | Processed turkey purchase shipped 03/04/19 |
| PITMAN FARMS -UTAH | Invoice | 3/5/2019 | $ 601.03 | - | Processed turkey purchase shipped 03/05/19 |

WJH-50

## Payments to Insiders

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| PITMAN FARMS -UTAH | Invoice | 3/8/2019 | $ 7,800.00 | - | Processed turkey purchase shipped 03/08/19 |
| PITMAN FARMS -UTAH | Invoice | 3/8/2019 | $ 676.98 | - | Processed turkey purchase shipped 03/08/19 |
| PITMAN FARMS -UTAH | Payment | 3/8/2019 | $ (16,784.94) | - | |
| PITMAN FARMS -UTAH | Invoice | 3/11/2019 | $ 33,111.54 | - | Grocery Outlet paid Simply on a PF UT invoice |
| PITMAN FARMS -UTAH | Invoice | 3/11/2019 | $ 7,980.00 | - | Processed turkey purchase shipped 03/11/19 |
| PITMAN FARMS -UTAH | Invoice | 3/11/2019 | $ 646.40 | - | Processed turkey purchase shipped 03/11/19 |
| PITMAN FARMS -UTAH | Invoice | 3/15/2019 | $ 652.18 | - | Processed turkey purchase shipped 03/15/19 |
| PITMAN FARMS -UTAH | Invoice | 3/15/2019 | $ 6,660.00 | - | Processed turkey purchase shipped 03/15/19 |
| PITMAN FARMS -UTAH | Payment | 3/15/2019 | $ (49,568.52) | - | |
| PITMAN FARMS -UTAH | Invoice | 3/18/2019 | $ 7,020.00 | - | Processed turkey purchase shipped 03/18/19 |
| PITMAN FARMS -UTAH | Invoice | 3/18/2019 | $ 644.73 | - | Processed turkey purchase shipped 03/18/19 |
| PITMAN FARMS -UTAH | Invoice | 3/21/2019 | $ 608.45 | - | Processed turkey purchase shipped 03/21/19 |
| PITMAN FARMS -UTAH | Invoice | 3/22/2019 | $ 5,580.00 | - | Processed turkey purchase shipped 03/22/19 |
| PITMAN FARMS -UTAH | Payment | 3/22/2019 | $ (14,976.91) | - | |
| PITMAN FARMS -UTAH | Invoice | 3/25/2019 | $ 9,360.00 | - | Processed turkey purchase shipped 03/25/19 |
| PITMAN FARMS -UTAH | Invoice | 3/25/2019 | $ 524.23 | - | Processed turkey purchase shipped 03/25/19 |
| PITMAN FARMS -UTAH | Invoice | 3/28/2019 | $ 605.05 | - | Processed turkey purchase shipped 03/28/19 |
| PITMAN FARMS -UTAH | Invoice | 3/29/2019 | $ 9,480.00 | - | Processed turkey purchase shipped 03/29/19 |
| PITMAN FARMS -UTAH | Payment | 3/29/2019 | $ (16,677.73) | - | |
| PITMAN FARMS -UTAH | Invoice | 4/1/2019 | $ 5,940.00 | - | Processed turkey purchase shipped 04/01/19 |
| PITMAN FARMS -UTAH | Invoice | 4/2/2019 | $ 380.93 | - | Processed turkey purchase shipped 04/02/19 |
| PITMAN FARMS -UTAH | Invoice | 4/4/2019 | $ 524.47 | - | Processed turkey purchase shipped 04/04/19 |
| PITMAN FARMS -UTAH | Invoice | 4/5/2019 | $ 4,980.00 | - | Processed turkey purchase shipped 04/05/19 |
| PITMAN FARMS -UTAH | Invoice | 4/8/2019 | $ 5,160.00 | - | Processed turkey purchase shipped 04/08/19 |
| PITMAN FARMS -UTAH | Invoice | 4/8/2019 | $ 583.55 | - | Processed turkey purchase shipped 04/08/19 |
| PITMAN FARMS -UTAH | Invoice | 4/11/2019 | $ 508.23 | - | Processed turkey purchase shipped 04/11/19 |

## Payments to Insiders

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| PITMAN FARMS -UTAH | Invoice | 4/12/2019 | $ 1,440.00 | - | Processed turkey purchase shipped 04/12/19 |
| PITMAN FARMS -UTAH | Invoice | 4/12/2019 | $ 4,060.00 | - | Processed turkey purchase shipped 04/12/19 |
| PITMAN FARMS -UTAH | Invoice | 4/15/2019 | $ 4,200.00 | - | Processed turkey purchase shipped 04/15/19 |
| PITMAN FARMS -UTAH | Invoice | 4/16/2019 | $ 680.78 | - | Processed turkey purchase shipped 04/16/19 |
| PITMAN FARMS -UTAH | Invoice | 4/18/2019 | $ 4,060.00 | - | Processed turkey purchase shipped 04/18/19 |
| PITMAN FARMS -UTAH | Invoice | 4/18/2019 | $ 633.52 | - | Processed turkey purchase shipped 04/18/19 |
| PITMAN FARMS -UTAH | Invoice | 4/22/2019 | $ 668.69 | - | Processed turkey purchase shipped 04/22/19 |
| PITMAN FARMS -UTAH | Invoice | 4/23/2019 | $ 4,660.00 | - | Processed turkey purchase shipped 04/23/19 |
| PITMAN FARMS -UTAH | Invoice | 4/24/2019 | $ 360.00 | - | Processed turkey purchase shipped 04/24/19 |
| PITMAN FARMS -UTAH | Invoice | 4/25/2019 | $ 489.20 | - | Processed turkey purchase shipped 04/25/19 |
| PITMAN FARMS -UTAH | Invoice | 4/26/2019 | $ 4,560.00 | - | Processed turkey purchase shipped 04/26/19 |
| PITMAN FARMS -UTAH | Payment | 4/26/2019 | $ (39,114.59) | - | |
| PITMAN FARMS -UTAH | Payment | 4/26/2019 | $ (10,400.78) | - | |
| PITMAN FARMS -UTAH | Invoice | 4/29/2019 | $ 570.43 | - | Processed turkey purchase shipped 04/29/19 |
| PITMAN FARMS -UTAH | Invoice | 4/29/2019 | $ 4,020.00 | - | Processed turkey purchase shipped 04/29/19 |
| PITMAN FARMS -UTAH | Payment | 5/1/2019 | $ (9,150.43) | * | |
| PITMAN FARMS -UTAH | Invoice | 5/2/2019 | $ 479.20 | - | Processed turkey purchase shipped 05/02/19 |
| PITMAN FARMS -UTAH | Invoice | 5/3/2019 | $ 4,140.00 | - | Processed turkey purchase shipped 05/03/19 |
| PITMAN FARMS -UTAH | Invoice | 5/6/2019 | $ 638.90 | - | Processed turkey purchase shipped 05/06/19 |
| PITMAN FARMS -UTAH | Invoice | 5/6/2019 | $ 3,780.00 | - | Processed turkey purchase shipped 05/06/19 |
| PITMAN FARMS -UTAH | Invoice | 5/9/2019 | $ 382.19 | - | Processed turkey purchase shipped 05/09/19 |
| PITMAN FARMS -UTAH | Invoice | 5/10/2019 | $ 4,320.00 | - | Processed turkey purchase shipped 05/10/19 |
| PITMAN FARMS -UTAH | Invoice | 5/13/2019 | $ 3,660.00 | - | Processed turkey purchase shipped 05/13/19 |
| PITMAN FARMS -UTAH | Invoice | 5/13/2019 | $ 491.57 | - | Processed turkey purchase shipped 05/13/19 |
| PITMAN FARMS -UTAH | Invoice | 5/16/2019 | $ 534.08 | - | Processed turkey purchase shipped 05/16/19 |
| PITMAN FARMS -UTAH | Invoice | 5/17/2019 | $ 4,480.00 | - | Processed turkey purchase shipped 05/17/19 |

## Payments to Insiders

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| PITMAN FARMS -UTAH | Invoice | 5/20/2019 | $ 4,800.00 | $ - | Processed turkey purchase shipped 05/20/19 |
| PITMAN FARMS -UTAH | Invoice | 5/20/2019 | $ 382.27 | $ - | Processed turkey purchase shipped 05/20/19 |
| PITMAN FARMS -UTAH | Invoice | 5/23/2019 | $ 405.19 | $ - | Processed turkey purchase shipped 05/23/19 |
| PITMAN FARMS -UTAH | Invoice | 5/24/2019 | $ 4,840.00 | $ - | Processed turkey purchase shipped 05/24/19 |
| PITMAN FARMS -UTAH | Invoice | 5/24/2019 | $ 4,560.00 | $ - | Processed turkey purchase shipped 05/24/19 |
| PITMAN FARMS -UTAH | Invoice | 5/24/2019 | $ 191.00 | $ - | Processed turkey purchase shipped 05/24/19 |
| PITMAN FARMS -UTAH | Invoice | 5/28/2019 | $ 566.94 | $ - | Processed turkey purchase shipped 05/28/19 |
| PITMAN FARMS -UTAH | Invoice | 5/30/2019 | $ 474.89 | $ - | Processed turkey purchase shipped 05/30/19 |
| PITMAN FARMS -UTAH | Payment | 5/30/2019 | $ (38,651.44) | $ - | |
| PITMAN FARMS -UTAH | Invoice | 5/31/2019 | $ 7,900.00 | $ - | Processed turkey purchase shipped 05/31/19 |
| PITMAN FARMS -UTAH | Payment | 5/31/2019 | $ (474.89) | $ - | |
| PITMAN FARMS -UTAH | Invoice | 6/3/2019 | $ 4,680.00 | $ - | Processed turkey purchase shipped 06/03/19 |
| PITMAN FARMS -UTAH | Invoice | 6/3/2019 | $ 374.13 | $ - | Processed turkey purchase shipped 06/03/19 |
| PITMAN FARMS -UTAH | Invoice | 6/6/2019 | $ 443.70 | $ - | Processed turkey purchase shipped 06/06/19 |
| PITMAN FARMS -UTAH | Invoice | 6/7/2019 | $ 5,340.00 | $ - | Processed turkey purchase shipped 06/07/19 |
| PITMAN FARMS -UTAH | Invoice | 6/10/2019 | $ 415.75 | $ - | Processed turkey purchase shipped 06/10/19 |
| PITMAN FARMS -UTAH | Invoice | 6/10/2019 | $ 4,920.00 | $ - | Processed turkey purchase shipped 06/10/19 |
| PITMAN FARMS -UTAH | Invoice | 6/14/2019 | $ 538.19 | $ - | Processed turkey purchase shipped 06/14/19 |
| PITMAN FARMS -UTAH | Invoice | 6/14/2019 | $ 4,980.00 | $ - | Processed turkey purchase shipped 06/14/19 |
| PITMAN FARMS -UTAH | Invoice | 6/17/2019 | $ 4,680.00 | $ - | Processed turkey purchase shipped 06/17/19 |
| PITMAN FARMS -UTAH | Invoice | 6/17/2019 | $ 589.81 | $ - | Processed turkey purchase shipped 06/17/19 |
| PITMAN FARMS -UTAH | Invoice | 6/20/2019 | $ 540.28 | $ - | Processed turkey purchase shipped 06/20/19 |
| PITMAN FARMS -UTAH | Invoice | 6/21/2019 | $ 4,640.00 | $ - | Processed turkey purchase shipped 06/21/19 |
| PITMAN FARMS -UTAH | Invoice | 6/24/2019 | $ 4,740.00 | $ - | Processed turkey purchase shipped 06/24/19 |
| PITMAN FARMS -UTAH | Invoice | 6/24/2019 | $ 479.08 | $ - | Processed turkey purchase shipped 06/24/19 |
| PITMAN FARMS -UTAH | Invoice | 6/27/2019 | $ 641.77 | $ - | Processed turkey purchase shipped 06/27/19 |
| PITMAN FARMS -UTAH | Invoice | 6/27/2019 | $ 76.66 | $ - | Processed turkey purchase shipped 06/27/19 |

WJH-53

## Payments to Insiders

| Vendor Name | Document Type | Document Date | Document Amount | Current Tax Amount | Dates of Service |
|---|---|---|---|---|---|
| PITMAN FARMS -UTAH | Invoice | 6/28/2019 | $ 5,440.00 | $ - | Processed turkey purchase shipped 06/28/19 |
| PITMAN FARMS -UTAH | Invoice | 7/1/2019 | $ 546.97 | $ - | Processed turkey purchase shipped 07/01/19 |
| PITMAN FARMS -UTAH | Invoice | 7/1/2019 | $ 4,680.00 | $ - | Processed turkey purchase shipped 07/01/19 |
| PITMAN FARMS -UTAH | Invoice | 7/3/2019 | $ 354.59 | $ - | Processed turkey purchase shipped 07/03/19 |
| PITMAN FARMS -UTAH | Invoice | 7/5/2019 | $ 5,040.00 | $ - | Processed turkey purchase shipped 07/05/19 |
| PITMAN FARMS -UTAH | Invoice | 7/8/2019 | $ 4,680.00 | $ - | Processed turkey purchase shipped 07/08/19 |
| PITMAN FARMS -UTAH | Invoice | 7/8/2019 | $ 559.67 | $ - | Processed turkey purchase shipped 07/08/19 |
| PITMAN FARMS -UTAH | Payment | 7/9/2019 | $ (66,720.93) | $ - | |
| PITMAN FARMS -UTAH | Invoice | 7/11/2019 | $ 609.46 | $ - | Processed turkey purchase shipped 07/11/19 |
| PITMAN FARMS -UTAH | Invoice | 7/12/2019 | $ 1,620.00 | $ - | Processed turkey purchase shipped 07/12/19 |
| PITMAN FARMS -UTAH | Invoice | 7/15/2019 | $ 1,380.00 | $ - | Processed turkey purchase shipped 07/15/19 |
| PITMAN FARMS -UTAH | Invoice | 7/15/2019 | $ 428.70 | $ - | Processed turkey purchase shipped 07/15/19 |
| PITMAN FARMS -UTAH | Invoice | 7/18/2019 | $ 376.72 | $ - | Processed turkey purchase shipped 07/18/19 |
| PITMAN FARMS -UTAH | Invoice | 7/19/2019 | $ 1,900.00 | $ - | Processed turkey purchase shipped 07/19/19 |
| PITMAN FARMS -UTAH | Invoice | 7/22/2019 | $ 619.42 | $ - | Processed turkey purchase shipped 07/22/19 |
| PITMAN FARMS -UTAH | Invoice | 7/23/2019 | $ 1,500.00 | $ - | Processed turkey purchase shipped 07/23/19 |
| PITMAN FARMS -UTAH | Invoice | 7/25/2019 | $ 223.42 | $ - | Processed turkey purchase shipped 07/25/19 |
| PITMAN FARMS -UTAH | Invoice | 7/26/2019 | $ 1,420.00 | $ - | Processed turkey purchase shipped 07/26/19 |
| PITMAN FARMS -UTAH | Invoice | 7/29/2019 | $ 1,380.00 | $ - | Processed turkey purchase shipped 07/26/19 |
| PITMAN FARMS -UTAH | Payment | 7/31/2019 | $ (12,017.39) | $ - | |
| | | | $ (274,538.95) | | |

| BEL'S POULTRY | | | | | |
|---|---|---|---|---|---|
| BEL'S POULTRY | Invoice | 3/1/2019 | $ 8,350.00 | $ - | March 2019 farm rent |
| BEL'S POULTRY | Invoice | 3/1/2019 | $ 13,000.00 | $ - | March 2019 farm rent |
| BEL'S POULTRY | Payment | 3/22/2019 | $ (21,350.00) | | |
| BEL'S POULTRY | Invoice | 4/1/2019 | $ 13,000.00 | $ - | April 2019 farm rent |
| BEL'S POULTRY | Invoice | 4/1/2019 | $ 8,350.00 | $ - | April 2019 farm rent |

WJH-54

Payments to Insiders

| Vendor Name | Document Type | Document Date | Document Amount | Current Trx Amount | Dates of Service |
|---|---|---|---|---|---|
| BEL'S POULTRY | Payment | 4/26/2019 | $ (21,350.00) | $ - | |
| BEL'S POULTRY | Invoice | 5/1/2019 | $ 8,350.00 | $ - | May 2019 farm rent |
| BEL'S POULTRY | Invoice | 5/1/2019 | $ 13,000.00 | $ - | May 2019 farm rent |
| BEL'S POULTRY | Payment | 5/30/2019 | $ (21,350.00) | $ - | |
| BEL'S POULTRY | Invoice | 6/1/2019 | $ 8,350.00 | $ - | June 2019 farm rent |
| BEL'S POULTRY | Invoice | 6/1/2019 | $ 13,000.00 | $ - | June 2019 farm rent |
| BEL'S POULTRY | Invoice | 7/1/2019 | $ 13,000.00 | 13,000.00 | voided |
| BEL'S POULTRY | Invoice | 7/1/2019 | $ 8,350.00 | $ - | July 2019 farm rent |
| BEL'S POULTRY | Payment | 7/9/2019 | $ (21,350.00) | $ - | |
| BEL'S POULTRY | Payment | 7/31/2019 | $ (8,350.00) | $ - | |
| BEL'S POULTRY | Payment | | $ (93,750.00) | $ - | |

| | | | | | BEN PITMAN |
|---|---|---|---|---|---|
| BEN PITMAN | Invoice | 10/21/2019 | $ 3,470.84 | $ - | OCTOBER 2019 reimbursements |
| BEN PITMAN | Payment | 11/4/2019 | $ (3,470.84) | $ - | |

| | | | | | MAREN PITMAN |
|---|---|---|---|---|---|
| PITMAN, MAREN | Invoice | 4/25/2019 | $ 200.00 | $ - | outside labor |
| PITMAN, MAREN | Payment | 4/25/2019 | $ 200.00 | $ - | |

WJH-55

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

☑ None

### Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wanger Jones Helsley, PC<br>265 E. River Park Circle, Ste. 310<br>Fresno, CA 93720 | See attached. | | |
| | Email or website address<br>www.WJHattorneys.com | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | Wandro & Associates, PC<br>2501 Grand Ave. B<br>Des Moines, IA 50312 | | 3/24/20; | $20,000.00 |
| | Email or website address<br>www.wandroandassociates.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Eastern District of California
### Fresno Division

In re: Simply Essentials, LLC                  Case No.
        Chapter 11

## Disclosure of Compensation of Attorney for Debtor

1. Pursuant to 11 U.S.C. § 329 (a) and Bankruptcy Rule 2016 (b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy is shown below.

2. The source of the compensation paid to me was:
                [ X ] Debtor      [   ] Other

3. The source of compensation to be paid to me is:
                [ X ] Debtor      [   ] Other

4. I have not agreed to share the above-disclosed compensation with any other persons unless they are members and associates of my law firm.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtors' financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of the petition, schedules and statement of affairs;
   c. Representation of the debtor at the initial meeting of the creditors and confirmation hearing;
   d. Services per engagement letter.

6. I have agreed that a reasonable fee for my services will not be less than the amount of time spent by my law firm, multiplied by the standard hourly rates in effect when the services are rendered.

7. As of the Petition Date, the Firm's standard hourly rates are $185.00 to $595.00 per hour for attorneys and $140.00 to $180.00 per hour for paraprofessionals.

8. The following payments were received in the past year:

| DATE OF PAYMENT | AMOUNT OF PAYMENT | AMOUNT OF PAYMENT APPLIED TO FEES | AMOUNT OF PAYMENT APPLIED TO COSTS |
|---|---|---|---|
| 10/04/19 | $4,075.00 | $4,074.50 | $0.50 |
| 10/07/19 | $1,296.50 | $1,296.00 | $0.50 |
| 11/04/19 | $4,402.00 | $4,401.50 | $0.50 |
| 01/02/20 | $3,000.00 | $2,999.50 | $0.50 |
| 01/02/20 | $1,633.00 | $1,633.00 | $0.00 |
| 02/24/20 | $608.00 | $607.50 | $0.50 |
| 03/18/20 | $1,602.50 | $1,602.00 | $0.50 |
| 03/24/20 | $38,602.90 | | |
| 03/30/20 | | $18,649.50 | $17.40 |

| | | | |
|---|---|---|---|
| 04/24/20 | $58,117.11 | | |
| 04/30/20 | | $54,917.50 | $575.01 |
| 05/31/20 | | $11,723.00 | $0.00 |
| 06/30/20 | | $699.50 | $0.65 |
| 07/29/20 | | $4,546.00 | $26.20 |
| 08/06/20 | $86,697.25 | | |
| 08/07/20 | | $30,946.00 | $0.50 |

9. The above fees were related to services rendered as follows:

     Bankruptcy Related                  100%
     Non-Bankruptcy Related

10. The retainer on hand as of Petition Date was: $61,316.00

# United States Bankruptcy Court
## Eastern District of California
## Fresno Division

In re: Simply Essentials, LLC                                    Case No.
      Chapter 11

## Disclosure of Compensation of Attorney for Debtor

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.

Date:      8/8/20

_____
Riley C. Walter, Attorney for Debtors

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Pitman Farms, Inc.** 1075 North Ave Sanger, CA 93657 | **See attached** | **Various** | **$6,064,371.27** |
| | Relationship to debtor Member/Manager | | | |
| 13.2 | **Leopoldo Caballero** 26 Broadway, Suite 375 New York, NY 10004 | 1995 Peterbilt Daycab in exchange for A/P owed | 2/29/20 | $5,453.12 |
| | Relationship to debtor | | | |

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **12980 Foster Street. Suite 220 Overland Park, KS 66213** | **2017-June 2018** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

## Transfers

| VIN | Description | Sale Value | Party Sold To | Date Sold |
|---|---|---|---|---|
| 13N14830ST1573361 | 1996 FONTAINE | $ | 15,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 13N24830QY1590418 | 2000 FONTAINE FLATBED | $ | 10,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1GRAA06254B704625 | 2004 GREAT DANE | $ | 6,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1N9DDS3201H175903 | 2018 NEVILLE | $ | 44,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1UYVS2535U343451 | 2004 UTILITY THERMO KING | $ | 6,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1UYVS2538U343444 | 2004 UTILITY THERMO KING | $ | 6,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4P5CC2020H1266440 | 2017 PJ TRAILER | $ | 8,200.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4P5FD3121H1267627 | 2017 PJ TRAILER | $ | 9,500.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4P5FD312XH1267786 | 2017 PJ TRAILER | $ | 9,500.00 | Pitman Farms, Inc. | 7/3/2019 |
| 2LDSD5037HF063037 | 2017 LOAD KING | $ | 73,500.00 | Pitman Farms, Inc. | 8/5/2019 |
| 2LDSD5039HF063038 | 2017 LOAD KING | $ | 64,006.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDCS323JED06993 | 2018 DORSEY DCS3 | $ | 29,995.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC482XJED11238 | 2018 DORSEY DC48 | $ | 23,000.00 | Pitman Farms, Inc. | 7/3/2018 |
| 5JYDCS321JED07625 | 2018 DORSEY DC48 | $ | 29,995.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDCS323JED07626 | 2018 DORSEY DC48 | $ | 29,995.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC4821JED11239 | 2018 PITTS ENTERPRISE | $ | 30,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDCS320HED03379 | 2017 PITTS ENTERPRISE | $ | 30,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDC4828JED11237 | 2018 PITTS ENTERPRISE | $ | 30,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5JYDCS323HED03375 | 2017 PITTS ENTERPRISE | $ | 30,900.00 | Pitman Farms, Inc. | 7/3/2019 |
| WDYPE8CGD5778403 | 2013 FREIGHTLINER | $ | 18,654.00 | Pitman Farms, Inc. | 7/30/2019 |
| 3FRXF75SX5V156421 | 2005 FORD F750 | $ | 8,000.00 | Pitman Farms, Inc. | 7/30/2019 |
| 3FRXF75S05V156427 | 2005 FORD F750 | $ | 8,000.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1FTMF1EPXHKC12447 | 2017 FORD F150 | $ | 16,645.00 | Pitman Farms, Inc. | 7/3/2019 |
| JTDKB3DU6D1663856 | 2013 TOYOTA PRIUS | $ | 17,073.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1FTMF1EP7HKC09036 | 2017 FORD F150 | $ | 16,645.00 | Pitman Farms, Inc. | 3/23/2020 |
| 1FTMF1EP4HKC44813 | 2017 FORD F150 | $ | 16,645.00 | Pitman Farms, Inc. | 3/23/2020 |
| 1FTMF1EP0JKC24869 | 2018 FORD F150 | $ | 19,054.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1FTMF1EP7JKC24870 | 2018 Ford F150 | $ | 19,054.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1PT01JAHX1J6002506 | 2001 TRAILMOBILE | $ | 6,500.00 | Pitman Farms, Inc. | 7/3/2019 |
| 5LEBK182XA1000867L | 2011 Quality Steel | $ | 6,800.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1FTMF1EP9JKC24868 | 2018 FORD 150 | $ | 19,003.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1FTMF1EP9JKC24871 | 2018 FORD 150 | $ | 19,054.00 | Pitman Farms, Inc. | 7/3/2019 |
| JTDKARFP9H3065213 | 2017 TOYOTA PRIUS | $ | 26,708.00 | Pitman Farms, Inc. | 7/3/2019 |

WJH-58

## Transfers

| | | Amount | | |
|---|---|---|---|---|
| 1GCVKREC8GZ428198 | 2016 Chevy Silverado | $ 23,513.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1GCVKREC9GZ371588 | 2016 Chevy Silverado | $ 23,513.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1GCVKREC1GZ427944 | 2016 Chevy Silverado | $ 23,513.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1GCUKREC3HG181718 | 2016 Chevy Silverado | $ 26,796.00 | Pitman Farms, Inc. | 7/30/2019 |
| 1GC4K0C87GF254258 | 2016 Silverado 3500 | $ 47,049.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1GCVKREC2HZ151663 | 2016 Silverado 1500 | $ 26,953.00 | Pitman Farms, Inc. | 7/3/2019 |
| 2LDXD503 | 2017 Lode King Curtainside Trailer | $ 64,006.00 | Pitman Farms, Inc. | 7/3/2019 |
| | Combilift Lift Truck | $ 50,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Combilift Lift Truck | $ 50,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | **Total:** | 1,217,427.00 | | |
| | 6 Live Haul Trailers PITTS | 137,458.00 | Pitman Farms, Inc. | 7/5/2019 |
| | Truck Trailer | 2,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| N626211 | 1979 Trailmobile | 3,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4GBF2025871015608 | 2007 Dressen Custom 20' Flatbed | 2,700.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1V9TFC4920IN062368 | 2018 8' Carry on Trailer | 1,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 4YMBU0811IM007198 | 2018 Viking 49' Flatbed | 28,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| 1UYVS2S3X4U283327 | 2004 Reefer King Trailer | | Pitman Farms, Inc. | 7/3/2019 |
| 5IYFC48281ED04961 | 2018 Combination Tandem Flatbed | | Pitman Farms, Inc. | 8/5/2019 |
| **Machinery/Equipment/Misc. Sold** | | | | |
| | Hock Cutter | 23,949.00 | Pitman Farms, Inc. | 7/31/2019 |
| | metal detector | 14,519.00 | Pitman Farms, Inc. | 9/1/2019 |
| | Perten - Feed Analyzer | 47,820.00 | Pitman Farms, Inc. | 7/5/2019 |
| | Breast Slicer - Griselli | 101,227.00 | Pitman Farms, Inc. | 9/1/2019 |
| | Marel X-Ray Machine | 200,000.00 | Pitman Farms, Inc. | 7/5/2019 |
| | OSSID 500E Overwrap Machine | 337,100.00 | Pitman Farms, Inc. | 7/5/2019 |
| | POSS PDL 6000 Seperator | 322,408.00 | Pitman Farms, Inc. | 7/5/2019 |
| | Gainco Leg Deboner | 1,426,090.00 | Pitman Farms took back | 6/1/2019 |
| | Raven Nobac 500 | 72,030.00 | Pitman Farms, Inc. | 7/5/2019 |
| 1123/2017 | OSSID 500E Overwrap Machine | 287,383.00 | Pitman Farms, Inc. | 7/5/2019 |
| | Crown 360A Labeler | 13,320.00 | Pitman Farms, Inc. | 7/5/2019 |
| 360A-3165-1902 | Baader Skinner (part of Leg Drop project | 113,200.00 | Pitman Farms, Inc. | 7/5/2019 |

## Transfers

| | | | | | |
|---|---|---|---|---|---|
| | Eco Shred Box Taper | $ | 18,000.00 | Pitman Farms, Inc. | 7/5/2019 |
| | 3 Bright Coop s/n BC3601520917, BC36 | $ | 164,967.00 | Pitman Farms, Inc. | 7/3/2019 |
| | 2011 Haulotte HTL4014 | $ | 39,500.00 | Pitman Farms, Inc. | 9/1/2019 |
| | JD Gator 5403 | $ | 20,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Forklift | $ | 14,500.00 | Pitman Farms, Inc. | 9/1/2019 |
| BC3601520917 | 2018 Bright Coop Forklift | $ | 54,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| BC3601531017 | 2018 Bright Coop Forklift | $ | 54,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| BC3601490917 | 2018 Bright Coop Forklift | $ | 54,000.00 | Pitman Farms, Inc. | 7/3/2019 |
| | Stand-Up forklift | $ | 32,589.00 | Pitman Farms, Inc. | 9/1/2019 |
| | Boneyard Equipment | $ | 38,449.00 | Pitman Farms, Inc. | 7/31/2019 |
| | Dry goods/vaccines/water treatment | $ | 1,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Yale GLP050 | $ | 12,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Skidsteer JCB-2013 | $ | 31,500.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Brown Bear XPR24-8 Windrower | $ | 22,500.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Marel Chicken Mods & Cages | $ | 550,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Office furniture | $ | 3,500.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Track Sytem/Mod Transport | $ | 8,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Computer/Electronics | $ | 18,000.00 | Pitman Farms, Inc. | 8/5/2019 |
| | Various | $ | 105,470.00 | Pitman Farms, Inc. | 7/5/2019 |
| | **Total:** | $ | 4,201,021.00 | | |

| | Live Inventory Sold | | | | |
|---|---|---|---|---|---|
| | KBK | $ | 178,543.08 | Pitman Farms, Inc. | 7/11/2019 |
| | Boone Valley | $ | 98,330.99 | Pitman Farms, Inc. | 7/11/2019 |
| | Dennis Gilbertson | $ | 108,717.39 | Pitman Farms, Inc. | 7/11/2019 |
| | Jack Fehr | $ | 181,229.11 | Pitman Farms, Inc. | 7/11/2019 |
| | KBK | $ | 79,102.70 | Pitman Farms, Inc. | 7/11/2019 |
| | **Total:** | $ | 645,923.27 | | |

WJH-60

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

profit-sharing plan made available by the debtor as an employee benefit?

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:
    Name of plan
    SIMPLY ESSENTIALS RTMT 401K PLAN - Terminated

        Employer identification number of the plan
        EIN:  47-5453468

    Has the plan been terminated?
    ☐ No
    ☑ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of the West<br>8033 South 15th Street, Suite C<br>Lincoln, NE 68512 | XXXX-3951 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/9/20 | $0.00 |
| 18.2. | Bank of the West<br>8033 South 15th Street, Suite C<br>Lincoln, NE 68512 | XXXX-7192 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/9/20 | $0.00 |
| 18.3. | Bank of the West<br>8033 South 15th Street, Suite C<br>Lincoln, NE 68512 | XXXX-7226 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/9/20 | $0.00 |
| 18.4. | PNC Bank<br>11 Penn PLZ<br>7th & W 31st Street<br>New York, NY 10001 | XXXX-7266 | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 4/16/20- money moved into account ending in 7274. | $15.87 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

---

| Debtor | Simply Essentials, LLC, a Delaware Limited Liability Company | Case number *(if known)* | |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Huff & Vanderbeek, LLP** **7112 N. Fresno, St #140** **Fresno, CA 93720** | **11/2017 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Huff & Vanderbeek, LLP** **7112 N. Fresno, St #140** **Fresno, CA 93720** | |
| 26c.2. **David B. Pitman** **1075 North Ave.** **Sanger, CA 93657** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **PNC Bank** **300 Fifth Ave., 14th Floor** **Pittsburgh, PA 15222-2401** |
| 26d.2. **Baker Tilly Capital, LLC** **PO Box 7398** **Madison, WI 53707-7398** |
| 26d.3. **Bank of the West/Farmer Mac** **8033 South 15th St., Ste. C** **Lincoln, NE 68512** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

Debtor  **Simply Essentials, LLC, a Delaware Limited Liability Company**    Case number (if known) _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1 | David B. Pitman | | |

Name and address of the person who has possession of inventory records

**David Pitman
1075 North Ave.
Sanger, CA 93657**

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Pitman Farms, Inc. | 1075 North Ave. Sanger, CA 93657 | **Sole-member and manager** | 100% |
| Richard J. Pitman | 1075 North Ave. Sanger, CA 93657 | **President and Manager of Pitman Farms, Inc.** | None |
| David B. Pitman | 1075 North Ave. Sanger, CA 93657 | **Secretary/Treasurer of Pitman Farms, Inc.** | None |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?
   ☑ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?
   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SA # 4 | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
   ☐ No
   ☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Pitman Farms** | EIN:    **94-2227381** |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
   ☐ No
   ☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| **See SA #17** | EIN: |

| Debtor | **Simply Essentials, LLC, a Delaware Limited Liability Company** | Case number *(if known)* | |
|---|---|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    8/15/20

_____            **David B. Pitman**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Secretary of Pitman Farms, Inc., Sole Member and Manager**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### Eastern District of California

In re   <u>Simply Essentials, LLC, a Delaware Limited Liability Company</u>      Case No. _____
                                  Debtor(s)      Chapter    <u>11</u> _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Simply Essentials, LLC, a Delaware Limited Liability Company</u> in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

<u>8/18/20</u>
Date

*Riley C. Walter*
Riley C. Walter 91839
Signature of Attorney or Litigant
Counsel for    Simply Essentials, LLC, a Delaware Limited Liability
Company
Wanger Jones Helsley
265 E. River Park Circle, Ste. 310
Fresno, CA 93720-1563
(559) 233-4800 Fax:(559) 435-9868
rwalter@wjhattorneys.com